Faye PEACOCK and Johnny Peacock, Appellants,

v.

The CITY OF DEXTER, a Municipal Corporation, Respondent.

No. 10010.

Missouri Court of Appeals, Springfield District.

Nov. 13, 1975.

Motion for Rehearing or Transfer to Supreme Court Denied Dec. 1, 1975.

James E. Spain, Briney, Welborn & Spain, Bloomfield, for appellants.

Manuel Drumm, Drumm & Stamp, Sikeston, for respondent.

PER CURIAM.

Judgment not having been entered on the jury verdict in favor of the respondent, we have no jurisdiction of this premature appeal and it is dismissed.

*Appeal dismissed.*

All concur.